**Electronically Filed
Supreme Court
SCPW-13-0000167
19-MAR-2013
09:47 AM**

SCPW-13-0000167

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRIS SLAVICK, Petitioner,

vs.

THE HONORABLE KAREN AHN, Respondent.

---

ORIGINAL PROCEEDING
(Cr. No. 1PC04-1-001534)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's March 2, 2013 letter to the court, which we review as a petition for a writ of mandamus, and the record, it appears that petitioner fails to demonstrate a clear and indisputable right to relief and a lack of alternative means to obtain such relief. Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such writs are not intended to supersede the legal discretionary authority of

the lower courts, nor are they intended to serve as legal remedies in lieu of normal appellate procedure).  Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of mandamus is denied without prejudice.

DATED: Honolulu, Hawaiʻi, March 19, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack